**MEMO ENDORSED**



ALLEN M. ROSENTHAL
ATTORNEY AT LAW
550 Old Country Road - Suite 201
Hicksville, New York 11801
(516) 938-0900
Fax (516) 938-0989

Allen M. Rosenthal
_____
F. Steven Tate

September 14, 2012

The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Chambers of the Hon. Edgardo Ramos

RE:  HICA Education Loan Corporation v Amy B. Meyer
      SDNY      Case No. 12-cv-04248-ER

The application is  ☒ granted.
                    ☐ denied.

_____
Edgardo Ramos, U.S.D.J.
Dated: Sept 18, 2012
White Plains, New York

Dear Judge Ramos:

Please find enclosed a copy of correspondence sent by SallieMae to the defendant Regarding her Permanent Total Disability Request. The defendant's Application has been denied, and no current application is pending.

I respectfully request that <u>this matter be restored to active status</u> and an Initial Court Conference be scheduled.

Thank you.

Respectfully,

Frank Steven Tate

Frank Steven Tate

CC:  Amy B. Meyer
     142 Roosevelt Drive
     Poughquag, New York 12570

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2012

Copies Mailed/Faxed to Defendant
Chambers of Edgardo Ramos
9/18/2012